IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVADEL CNS PHARMACEUTICALS LLC and FLAMEL IRELAND LIMITED, <br><br>Plaintiffs, <br><br>v. <br><br>JAZZ PHARMACEUTICALS, INC. and JAZZ PHARMACEUTICALS IRELAND LIMITED, <br><br>Defendants. | C.A. No. 25-09 (GBW) |
| AVADEL CNS PHARMACEUTICALS LLC and FLAMEL IRELAND LIMITED, <br><br>Plaintiffs, <br><br>v. <br><br>JAZZ PHARMACEUTICALS, INC. and JAZZ PHARMACEUTICALS IRELAND LIMITED, <br><br>Defendants. | C.A. No. 25-57 (GBW) |
| AVADEL CNS PHARMACEUTICALS LLC and FLAMEL IRELAND LIMITED, <br><br>Plaintiffs, <br><br>v. <br><br>JAZZ PHARMACEUTICALS, INC. and JAZZ PHARMACEUTICALS IRELAND LIMITED, <br><br>Defendants. | C.A. No. 25-221 (GBW) |

| | |
|---|---|
| AVADEL CNS PHARMACEUTICALS LLC and FLAMEL IRELAND LIMITED, <br><br> Plaintiffs, <br><br> v. <br><br> JAZZ PHARMACEUTICALS, INC. and JAZZ PHARMACEUTICALS IRELAND LIMITED, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 25-435 (GBW) |

## **DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, counsel for Defendants certifies the following: Jazz Pharmaceuticals, Inc. and Jazz Pharmaceuticals Ireland Limited are subsidiaries of Jazz Pharmaceuticals plc, which is a publicly traded company.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Cameron P. Clark*

Jeremy A. Tigan (#5239)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jtigan@morrisnichols.com
cclark@morrisnichols.com

*Attorneys for Defendants*
*Jazz Pharmaceuticals, Inc. and*
*Jazz Pharmaceuticals Ireland Limited*

May 22, 2025

2

# **CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on May 22, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Daniel M. Silver, Esquire<br>Alexandra M. Joyce, Esquire<br>MCCARTER & ENGLISH, LLP<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Kenneth G. Schuler, Esquire<br>Marc N. Zubick, Esquire<br>Alex Grabowski, Esquire<br>Manuela Burek, Esquire<br>LATHAM & WATKINS LLP<br>330 North Wabash Avenue, Suite 2800<br>Chicago, IL  60611<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Herman H. Yue, Esquire<br>LATHAM & WATKINS LLP<br>1271 Avenue of the Americas<br>New York, NY  10020<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Kelly A. Welsh, Esquire<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, D.C.  20004<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Daralyn J. Durie, Esquire<br>Adam R. Brausa, Esquire<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA  94105<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

2

Kira A. Davis, Esquire                                            *VIA ELECTRONIC MAIL*
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA  90017
*Attorneys for Plaintiffs*


                                            */s/ Cameron P. Clark*
                                            _____
                                            Cameron P. Clark (#6647)